# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RAMZI SULIMAN, et al.,<br><br>　　　　　　　Defendants. | 2:13-cr-00132-LDG-VCF<br><br>**MINUTE ORDER**<br><br>[Plaintiff's Motion to Unseal Related Search Warrants (#20) and Amended Motion to Unseal Related Search Warrants (#21)] |

　　　　Before the Court are Plaintiff's Motion to Unseal Related Search Warrants (#20) and Amended Motion to Unseal Related Search Warrants (#21). The Amended Motion to Unseal Related Search Warrants (#21) contains only the signature page. On May 22, 2013, the corrected image of the Amended Motion was filed. (#22).

　　　　On May 23, 2013, the Amended Motion to Unseal Related Search Warrant (#22) was GRANTED.

　　　　IT IS HEREBY ORDERED that Plaintiff's Motion to Unseal Related Search Warrants (#20) and Amended Motion to Unseal Related Search Warrants (#21) are DENIED as MOOT.

　　　　DATED this 23rd day of May, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE