DANIEL G. BOGDEN
United States Attorney
District of Nevada
KATHRYN C. NEWMAN
Assistant United States Attorney
Nevada Bar No. 13733
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6418
Email: Kathryn.newman@usdoj.gov
Counsel for United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:13-cr-00132-LDG-VCV |
| ) | |
| Plaintiff, ) | |
| ) | GOVERNMENT'S APPLICATION FOR |
| vs. ) | AN ORDER TO SEAL EXHIBITS TO |
| ) | SENTENCING MEMORANDUM AND |
| RAMZI SULIMAN, ) | ADDENDUM |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW, the United States of America, by and through Daniel G. Bogden, United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing Exhibit 4 to its Sentencing Memorandum, ECF #135-4, and Exhibit 5 to its Addendum, ECF #136-1.

The Government respectfully requests that these exhibits be sealed as they contain personal identifying information of the defendant, which need not part of the public record. Although counsel for the Government reviewed the documents in advance of filing them, the defendant's personal identifying information was not specifically labeled as such and, therefore, escaped notice until after the briefs were filed.

1

For these reasons, the Government respectfully requests that the Court seal Exhibit 4 to the Government's Sentencing Memorandum, ECF #135-4, and Exhibit 5 to the Government's Addendum, ECF #136-1.

DATED this 30<u>th</u> day of December 2016.

                              Respectfully submitted,

                              DANIEL G. BOGDEN
                              United States Attorney

                              /s/ *Kathryn C. Newman*
                              KATHRYN C. NEWMAN
                              Assistant United States Attorney

## **ORDER**

IT IS HEREBY ORDERED THAT Exhibit 4 to the Government's Sentencing Memorandum, ECF #135-4, and Exhibit 5 to the Government's Addendum, ECF #136-1 are sealed.

DATED this 24th day of January, 2017.

                              _____
                              U.S. DISTRICT COURT JUDGE