# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-cr-00132-LDG (VCF) |
| v. | **ORDER** |
| RAMZI SULIMAN, | |
| Defendant. | |

For good cause shown,

THE COURT **ORDERS** that Defendant's Motion for Reconsideration of Sentence (#147) is DENIED.

DATED this 31 day of January, 2017.

Lloyd D. George
United States District Judge